# CIRCUIT COURT OF THE CITY OF RICHMOND

Jeraldine Williams

v.

Virginia Board
for Contractors et al.

November 20, 1997

Case No. HI-1153

BY JUDGE MELVIN R. HUGHES, JR.

This case is an appeal from a decision by the Virginia Board for Contractors. During argument it became apparent that the matters on which counsel for plaintiff based his argument for reversal were not before the agency. The court asked counsel to provide any authority for remand for the purpose of taking additional evidence. Counsel responded and by letter dated October 24, 1997, related that § 9-6.14:19 is a vehicle for such remand. Counsel also cited *Virginia Bd. of Medicine v. Fetta*, 244 Va. 276 (1992), as authority for such action.

A reading of § 9-6.14:19 suggests to me that remand is preceded by a finding that the case decision "is ... not in accordance with the law under § 9-6.14:17," the statute which sets the review standards for cases appealed under the APA, as here. The court is not prepared to rule that the agency decision was not in accord with law. With the evidence the Board had before it, it was not improper for the Board to have found what it did. I am not certain that the additional evidence if produced initially or if brought forward now on remand would make for a different result. The court cannot express an opinion due to the state of the evidence presently.

At this stage, I cannot find that the Board's decision is without evidence to support it such that a remand should occur. The relevant part of the court's decision in *Fetta* is mentioned in the first full paragraph on page 280. The statute itself and the views expressed there do not offer an appealing party a

right to remand for more evidence in the absence of a finding of some invalidity.

Accordingly, the appeal is denied.